# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 7:16-CR-77-1BO

**NATHAN FORRISTER**

On April 7, 2016, the above named was released from prison and commenced a term of supervised release for a period of 60 months. At the Revocation Hearing on October 27, 2017, the court ordered that he be continued on supervision, but authorized the U.S. Probation Officer to submit a Motion for Early Termination after January 2, 2018, if the offender remained drug free and was otherwise in compliance. Since October 27, 2017, the offender has complied with the rules and regulations of supervised release, and demonstrated that he has remained free of marijuana and other illegal drugs. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton  
Robert L. Thornton  
Supervising U.S. Probation Officer

/s/ David W. Leake  
David W. Leake  
U.S. Probation Officer  
2 Princess Street, Suite 308  
Wilmington, NC 28401-3958  
Phone: 910-679-2045  
Executed On: January 10, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __11__ day of __Jan__, 2018.

Terrence W. Boyle  
U.S. District Judge